M. P. No. 75-250. School Committee of City of Pawtucket *v*. Pawtucket Teachers' Alliance *et al.* Application of defendants for a stay is continued until September 16, 1975, to afford them opportunity to comply fully with Supreme Court Rule 8 and to advise the Court by affidavit or by tran-

script reference of the basis upon which that application rests. *Joseph V. Cavanagh,* for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for defendants.